## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**RODNEY DANIELS**                                                                                       **PLAINTIFF**

**V.**                                    **4:08CV04207 BSM/HDY**

**ROY DeLASSUSS, Jailer, Warren**
**Police Department**                                                                                    **DEFENDANT**

### ORDER

Plaintiff has submitted this §1983 case for filing in this district.  It appears, however, from the allegations contained in the complaint, that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b).  Accordingly, the court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transfer a copy of this order and the original file of this court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 7th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE